Robert Wisniewski
Robert Wisniewski P.C.
225 Broadway, Suite 1020
New York, New York 10007
212-267-2101
Attorney for Movant-Creditors

---------------------------------------------------X   UNITED STATES BANKRUPTCY COURT
                                                        DISTRICT OF NEW JERSEY
In re:
                                                        Chapter 7

MICHAEL AGOLIA and LISA ROSSI,
                                                        **Case No. 16-13291 (MBK)**
                Debtors.
---------------------------------------------------X
MARCIO RIBEIRO, DIEGO BATISTA-SANTOS,
GIANCARLO BATISTA-SANTOS, IVONALDO
BRITO ANDRADE, and CLAUDIO RICARDO
DA COSTA MENEZES, on behalf of themselves
and all others similarly situated,

                                    **Adv. Proc. No. 16-01883 (MBK)**

                Plaintiffs,
   -against-

EXCLUSIVE DETAILING, INC., MICHAEL
AGOLIA, LIZA AGOLIA, and CARL DEALMEIDA,

                Defendants.
---------------------------------------------------X

## VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

This matter having been opened to the Court by Robert Wisniewski P.C., attorneys for creditors Marcio Ribeiro, Diego Batista-Santos, Giancarlo Batista-Santos, Ivonaldo Brito Andrade, and Claudio Ricardo Da Costa Menezes, in an Adversary Complaint against Michael Agolia and Lisa Rossi. No Answer having been filed, the adversary proceeding be and hereby is dismissed without prejudice.

Dated: New York, New York
January 20, 2017

                                ROBERT WISNIEWSKI P.C.

                                By:  /s/ Robert Wisniewski
                                    Robert Wisniewski, Esq.